# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Ramona Shaw

**DEFENDANTS**
Board of Trustees, Illinois Community College District No. 508, a/k/a City Colleges of Chicago; Xiomara Cortes Metcalfe; and Wayne Watson

**(b) County of Residence of First Listed Plaintiff** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Law Offices of Fern Trevino
211 W. Wacker Drive, Suite 1650
Chicago, IL 60606

Attorneys (If Known)

Stamped: FILED NOV 05 2007 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

07CV6257
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CIVIL RIGHTS**: [x] 442 Employment

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[x] 1 Original Proceeding

## VI. CAUSE OF ACTION

42 U.S.C. 1981 and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2 and 2000e-3, as amended

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

JURY DEMAND: [x] Yes [ ] No

## IX. This case

[x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE 11/05/07

SIGNATURE OF ATTORNEY OF RECORD
Fern Trevino