AE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Ramona Shaw, plaintiff,
v.
Board of Trustees of Community College
Dist. No. 508, a/k/a City Colleges of Chicago;
Xiomara Cortes Metcalfe; and Wayne Watson

Case Number: KC

FILED
NOV 0 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Ramona Shaw

07CV6257
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

| | |
|---|---|
| NAME (Type or print) <br> Antoinette Choate | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Antoinette Choate | |
| FIRM <br> Law Offices of Fern Trevino | |
| STREET ADDRESS <br> 211 West Wacker Drive, Ste. 1650 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282652 | TELEPHONE NUMBER <br> (312) 630-4491 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |