U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case No.: 07 C 6257

Ramona Shaw,

        Plaintiff,

v.

Board of Trustees, Illinois Community
College District No. 508, et al.,

        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Board of Trustees, Illinois Community College District No. 508, City Colleges of Chicago; Xiomara Cortes Metcalfe; and Wayne Watson**

| |
|---|
| NAME(Type or Print) <br> Brian D. McCarthy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Brian D. McCarthy |
| FIRM <br> Franczek Sullivan P.C. |
| STREET ADDRESS <br> 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions) <br> 06237641 | TELEPHONE NUMBER <br> Phone: (312) 786-6572  Fax: (312) 986-9192 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS: <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

365197.1