IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMONA SHAW, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOARD OF TRUSTEES, ILLINOIS )<br>COMMUNITY COLLEGE DISTRICT )<br>NO. 508, a/k/a CITY COLLEGES OF )<br>CHICAGO; XIOMARA CORTES )<br>METCALFE; and WAYNE WATSON, )<br>)<br>Defendants. ) | Case No. 07 C 6257<br><br>Judge Joan H. Lefkow<br>Magistrate Judge Nolan |

**DEFENDANTS' MOTION TO DISMISS
COUNT I OF PLAINTIFF'S COMPLAINT AS TIME BARRED**

Defendants the Board of Trustees, Illinois Community College District No. 508, Ms. Xiomara Cortes Metcalfe, in her individual capacity and Dr. Wayne Watson, in his individual capacity (collectively "Defendants") move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Count I of the Complaint of Plaintiff Ramona Shaw ("Shaw"), as untimely and therefore barred.

1. On November 5, 2007 Shaw filed a four-count complaint alleging discriminatory failure to promote in violation of 42 U.S.C. §1981 ("Sec. 1981") (Count I); retaliation for complaining about alleged race discrimination in violation of Sec. §1981 (Count II); discriminatory termination of employment in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") (Count III) and retaliation for opposing race discrimination in violation of Title VII (Count IV). This motion is directed to Count I only.

2. The applicable statute of limitations for actions brought under Sec. 1981 in federal court in Illinois is two years. Smith v. City of Chicago Heights, 951 F.2d 834, 839 (7th Cir. 1992); see Kalimara v. Illinois Dep't of Corrections, 879 F.2d 276, 277 (7th Cir. 1989),

collecting cases (Court holds fast to two-year statute of limitations "consistently in countless cases").

3. By the allegations of her own complaint, Shaw concedes that she applied for the position she believes was denied her in January 2004. (Complaint, ¶ 13.) Shaw further concedes that she began reporting to the individual appointed to fill the position Shaw believes was denied her by no later than April 1, 2004. (Complaint, ¶ 19.)

4. Accordingly, a timely claim under Sec. 1983 would have had to be filed by April 1, 2006. Shaw's complaint was filed on November 5, 2007, over three and a half years after her "failure to promote" claims accrued.

5. In further support, Defendants submit their Brief in Support of Defendants' Motion to Dismiss Count I of Plaintiff's Complaint as Untimely, which has been electronically filed contemporaneously with this motion.

**WHEREFORE,** Defendants request the Court dismiss Count I of the Plaintiff's complaint, with prejudice, and grant them such other relief as the Court deems appropriate.

Respectfully submitted,

**CITY COLLEGES OF CHICAGO,
DR. WAYNE WATSON, AND
XIOMARA CORTES-METCALFE**


By:  s/ Brian D. McCarthy
      Brian D. McCarthy (6237641)

James C. Franczek, Jr.
Brian D. McCarthy
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois  60606
(312) 986-0300
Fax:  (312) 986-9192

Dated:  January 7, 2008

2

365227.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that on January 7, 2008 he caused a copy of the foregoing **Defendants' Motion to Dismiss Count I of Plaintiff's Complaint as Untimely** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

>Fern N. Trevino
>Alenna K. Bolin
>Antoinette Choate
>Law Offices of Fern Trevino
>211 West Wacker Drive, Suite 1650
>Chicago, IL 60606

>s/ Brian D. McCarthy

>Brian D. McCarthy
>Franczek Sullivan P.C.
>300 South Wacker Drive
>Suite 3400
>Chicago, IL 60606
>bdm@franczek.com

365227.1