IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMONA SHAW, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 07 C 6257 |
| v. ) | |
| ) | Judge Joan H. Lefkow |
| BOARD OF TRUSTEES, ILLINOIS ) | Magistrate Judge Nolan |
| COMMUNITY COLLEGE DISTRICT ) | |
| NO. 508, a/k/a CITY COLLEGES OF ) | |
| CHICAGO; XIOMARA CORTES ) | |
| METCALFE; and WAYNE WATSON, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Fern N. Trevino
     Alenna K. Bolin
     Antoinette Choate
     Law Offices of Fern Trevino
     211 West Wacker Drive, Suite 1650
     Chicago, IL 60606

**PLEASE TAKE NOTICE** that City Colleges of Chicago, Dr. Wayne Watson, and Xiomara Cortes-Metcalfe will present Defendants' Motion to Dismiss on Tuesday, January 15, 2008 at 9:30 a.m., before the Honorable Judge Joan H. Lefkow or any other Judge sitting in her stead in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street in Chicago, Illinois. A copy of said motion is attached and is hereby served upon you.

Respectfully submitted,

**CITY COLLEGES OF CHICAGO,
DR. WAYNE WATSON, AND
XIOMARA CORTES-METCALFE**

By: s/ Brian D. McCarthy
    Brian D. McCarthy (6237641)

366309.1

James C. Franczek, Jr.
Brian D. McCarthy
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois  60606
(312) 986-0300
Fax:  (312) 986-9192
Dated:  January 7, 2008

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that on January 7, 2008 he caused a copy of the foregoing **Notice of Motion** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

>Fern N. Trevino
>Alenna K. Bolin
>Antoinette Choate
>Law Offices of Fern Trevino
>211 West Wacker Drive, Suite 1650
>Chicago, IL  60606

>s/ Brian D. McCarthy
>Brian D. McCarthy
>Franczek Sullivan P.C.
>300 South Wacker Drive
>Suite 3400
>Chicago, IL 60606
>bdm@franczek.com

366309.1