IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMONA SHAW, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6257 |
| ) | |
| v. ) | Judge Joan Humphrey Lefkow |
| ) | |
| BOARD OF TRUSTEES, ILLINOIS ) | Magistrate Judge Nolan |
| COMMUNITY COLLEGE DISTRICT NO. 508, ) | |
| a/k/a CITY COLLEGES OF CHICAGO; *et al.* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS COUNT I OF THE COMPLAINT**

Plaintiff Ramona Shaw respectfully submits her Opposition to defendants' "Motion to Dismiss Count I of Plaintiff's Complaint as Time Barred."

**Factual Background**

This is a race discrimination and retaliation case. The facts for purposes of this motion are simple: Plaintiff Ramona Shaw was employed by City Colleges of Chicago as Associate Vice Chancellor of Human Resources. She is African-American. She applied for a promotion to Vice Chancellor, but did not receive it. The Chancellor, defendant Watson, told her that he had been "pressured by the Mayor's Office to appoint a Hispanic to the Vice Chancellor position." Defendants City Colleges and Watson did appoint a Hispanic, Xiomara Cortés Metcalfe, to the Vice Chancellor position. Ms. Shaw began reporting to Cortés Metcalfe on April 1, 2004. (Compl. ¶¶ 10, 12-13, 15, 17, 19).

Plaintiff filed her complaint on November 5, 2007. Count I alleges a discriminatory denial of promotion claim under 42 U.S.C. § 1981, as amended by the Civil Rights Act of 1991. (Compl. Count I). Plaintiff's other claims for discrimination and retaliation under Title VII and

§ 1981 are not at issue.

## Argument

**Under controlling Supreme Court authority, a four-year statute of limitations applies to plaintiff's § 1981 claim.**

Defendants argue that it is "well-settled" that statute of limitations for a § 1981 claim is two years. (Defs' Mot. p. 2). This argument is plain wrong.

Defendants ignore controlling Supreme Court authority that explicitly holds that the statute of limitations for a claim under § 1981, as amended by the Civil Rights Act of 1991, is four years. *Jones v. R.R. Donnelley & Sons Co.*, 541 U.S. 369, 382, 124 S.Ct. 1836 (2004). The Seventh Circuit and this Court have held that claims arising under § 1981 are governed by a four year statute of limitations, not the two-year statute previously applied. *See Dandy v. UPS*, 388 F.3d 263, 269 (7th Cir. 2004); *Brown v. GES Exposition Services, Inc.*, 2006 U.S.Dist. Lexis 15034 at *27 (N.D.Ill. March 31, 2006) (J. Lefkow).[1]

The two cases cited by defendants are not controlling. One was decided in 1992 and is no longer good law with respect to the statute of limitations. *Smith v. City of Chicago Heights*, 951 F.2d 276 (7th Cir. 1992). The second case, *Kalimara v. Illinois Dep't of Corrections*, discusses the statute of limitations for a claim arising under § 1983, not § 1981.

Plaintiff filed her § 1981 claim for discriminatory denial of promotion within the four-year statute of limitations. Therefore, her claim is timely and defendants' Motion to Dismiss is completely without merit.

---

[1] Plaintiff's counsel attempted to resolve this issue informally by providing citations to this authority to defendants' counsel and asking him to withdraw the Motion to Dismiss. Defense counsel stated that he would consider the matter and get back to plaintiff's counsel by Monday morning, January 14, but he failed to do so.

## Conclusion

WHEREFORE, Plaintiff Ramona Shaw respectfully requests that the court deny defendants' motion to dismiss.

Respectfully submitted,

/s/ Alenna K. Bolin

_____
One of the attorneys for Plaintiff Ramona Shaw

Fern N. Trevino
Alenna K. Bolin
Antoinette Choate
Law Offices of Fern Trevino
211 West Wacker Drive, Suite 1650
Chicago, Illinois  60606
Tel: (312) 630-4491
Fax: (312) 630-9281

## CERTIFICATE OF SERVICE

I certify that on January 15, 2007, a copy of the foregoing was served on the following persons by electronic transmission via the Case Management/Electronic Case Filing System of the U.S. District Court for the Northern District of Illinois, or as otherwise indicated:

Brian D. McCarthy
Franczek Sullivan P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL  60606

s/ Alenna K. Bolin_____