**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ramona Shaw
                                               Plaintiff,
v.                                             Case No.: 1:07−cv−06257
                                               Honorable Joan H. Lefkow

Board of Trustees, Illinois Community College District No. 508, et al.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

    MINUTE entry before Judge Joan H. Lefkow :Status hearing held on 1/15/2008 and continued to 3/4/2008 at 09:30 AM. Motion hearing held. Defendant's motion to dismiss [11] is denied without prejudice. Defendant is to answer the complaint by 1/29/2008. Parties are to submit a proposed agreed scheduling order to chambers by 1/18/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.