U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No.: 07 C 6257 |
| ROMANA SHAW, | Hon. Judge Joan F. Lefkow |
| Plaintiff, | Magistrate Judge Nan R. Nolan |
| vs. | |
| BOARD OF TRUSTEES, ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 508, a/k/a CITY COLLEGES OF CHICAGO; XIOMARA CORTES METCALFE; and WAYNE WATSON, | |
| Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**BOARD OF TRUSTEES, ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 508, CITY COLLEGES OF CHICAGO; XIOMARA CORTES METCALFE; and WAYNE WATSON**

| |
|---|
| NAME(Type or Print) <br> Maria M. Troxclair |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Maria M. Troxclair |
| FIRM <br> Franczek Sullivan P.C. |
| STREET ADDRESS <br> 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| | |
|---|---|
| ID NUMBER (See Item 3 in Instructions) <br> 06283516 | TELEPHONE NUMBER <br> Phone: (312) 786-6587  Fax: (312) 986-9192 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? <br> YES ☐    NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS: <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

368472.1