Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6257 | **DATE** | 2/14/2008 |
| **CASE TITLE** | Shaw vs. Board of Trustees. Illinois Community | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order. Non-expert discovery will close on 7/31/2008. Any dispositive motion(s) to be filed by 9/30/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: MD