UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMONA SHAW, | ) |
| | ) |
| Plaintiff, | ) Case No. 07 C 6257 |
| | ) |
| v. | ) Judge Joan Humphrey Lefkow |
| | ) |
| BOARD OF TRUSTEES, ILLINOIS | ) Magistrate Judge Nolan |
| COMMUNITY COLLEGE DISTRICT NO. 508, | ) |
| a/k/a CITY COLLEGES OF CHICAGO; et al. | ) |
| | ) |
| Defendants. | ) |

### ~~PROPOSED~~ AGREED SCHEDULING ORDER

Pursuant to the Court's January 15, 2008 Order and the Court's standing order, the parties submit the following proposed scheduling order:

(A) The parties have engaged in early settlement dialogue but believe that an early settlement conference will not likely result in the disposition of the case.

(B) The parties propose **January 29, 2008** as the deadline to make Rule 26(a)(1) disclosures.

(C) The parties propose a non-expert discovery closure date of **July 31, 2008**.

(D) The parties do not currently anticipate using experts in this case. ~~The parties request that the Court set a status hearing on or about June 30, 2008~~ [status hearing set on 8-4-08] at which time the parties will report on whether they intend to use experts, and if so, propose an expert discovery schedule.

**Dispositive Motions**

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. ~~The parties propose a~~ status hearing set for ~~June 30, 2008~~ 8-4-08 at 9:30 at which time the parties will report on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Any dispositive motions (motions for summary judgment) will be presented with a proposed agreed briefing schedule by **September 30, 2008** or one month following an unsuccessful settlement conference, whichever is later.

367262.1

**Consent to Proceed Before a Magistrate Judge**

    The parties do not unanimously consent to have their case proceed before a magistrate judge.

**Trial, Pretrial Conference, Pretrial Order**

(A) The parties anticipate that the case will be ready for jury trial approximately one month after submission of the pre-trial order; the trial is projected to last approximately 3-5 days.

*[handwritten: Pretrial order due date to be set later.]*

(B) The parties propose a joint pretrial order submission date of the latest of the following: (1) ~~October 30, 2008~~; (2) one month following an unsuccessful settlement conference; or (3) one month following the Court's ruling on dispositive motions, if any are filed. Plaintiff's complete initial draft of the pretrial order shall be served on defendants no less than 30 days before the pretrial order filing date; defendants' complete draft shall be served on plaintiff no less 15 days before the pretrial order due date.

(C) Motions *in limine*, and responses thereto, shall be filed with the joint final pretrial order. (No reply briefs will be accepted on motions *in limine*.) Three copies of the pretrial order shall be delivered to chambers no less than one week prior to the date of the pretrial conference.

This order shall not be modified except by leave of court on motion for good cause shown.

ENTER:

Date: 2-14-08

/s/ Joan Humphrey Lefkow
JOAN HUMPHREY LEFKOW
U.S. District Judge

This proposed scheduling order has been agreed to by the parties.

Respectfully Submitted,

s/ Alenna K. Bolin
One of the attorneys for Plaintiff
Fern N. Trevino/Alenna K. Bolin
Law Offices of Fern Trevino
211 West Wacker Drive, Suite 1650
Chicago, IL 60606
(312) 630-4491

s/Brian D. McCarthy
One of the attorneys for Defendants
Brian D. McCarthy
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

367262.1