IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMONA SHAW, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6257 |
| ) | |
| v. ) | Judge Joan Humphrey Lefkow |
| ) | |
| BOARD OF TRUSTEES, ILLINOIS ) | Magistrate Judge Nolan |
| COMMUNITY COLLEGE DISTRICT NO. 508, ) | |
| a/k/a CITY COLLEGES OF CHICAGO; *et al.* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AGREED MOTION FOR
EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff Ramona Shaw respectfully moves to extend the discovery and dispositive motion schedule by 90 days.

Currently, the discovery deadline (non-expert) is July 31, 2008 and the dispositive motion deadline is September 30, 2008 (Order, Document 18). Defendant's counsel has agreed to the extensions requested herein.[1] Neither party has requested an extension of these deadlines prior to this motion.

An extension is requested for the following reasons:

The parties were in the process of scheduling plaintiff's deposition; however, plaintiff's counsel recently learned that plaintiff is scheduled to undergo surgery on July 10 and will require a six-week recuperation period. Therefore, plaintiff is not available to be deposed before the end of August.

Further, plaintiff will be unable to complete depositions and follow-up written discovery

---

[1] Plaintiff's counsel, Fern Trevino, conferred by telephone with defendants' counsel, Maria Troxclair, on June 26, 2008 about the matters raised in this motion.

by July 31 because plaintiff's counsel have been subjected to an overwhelming and conflicting series of deadlines which have directly interfered with the discovery deadline in this case, including discovery deadlines of April 30 and June 30, 2008 in two cases (respectively, *Ashraf v. Christopher House*, No. 07 C 4145 (N. D. Ill) and *Go v. North Shore Community Bank & Trust Co.*, No. 06 L 008283 (Cir. Ct. Cook County)), and a response to a motion for summary judgment in the *Ashraf* case with a July 15 deadline.

This motion is brought in the interests of justice and not for the purpose of delay, and the parties have agreed to an extension.

## Conclusion

WHEREFORE, Plaintiff Ramona Shaw respectfully asks the Court to extend the fact discovery deadline (non-expert) to October 29, 2008 and dispositive motion deadline to December 29, 2008.

Respectfully submitted,

/s/ Antoinette Choate
One of the attorneys for Plaintiff Ramona Shaw

Fern N. Trevino
Alenna K. Bolin
Antoinette Choate
Law Offices of Fern Trevino
211 West Wacker Drive, Suite 1650
Chicago, IL 60606
Tel: (312) 630-4491
Fax: (312) 630-9281

**CERTIFICATE OF SERVICE**

      I certify that on July 1, 2008, a copy of the foregoing was served on the following persons by electronic transmission via the Case Management/Electronic Case Filing System of the U.S. District Court for the Northern District of Illinois, or as otherwise indicated:

Brian D. McCarthy
Maria M. Troxclair
Franczek Sullivan P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606

                                                    s/ Antoinette Choate