IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMONA SHAW, ) | |
| ) | |
|     Plaintiff, ) | Case No.  07 C 6257 |
| ) | |
|     v. ) | Judge Joan Humphrey Lefkow |
| ) | |
| BOARD OF TRUSTEES, ILLINOIS ) | Magistrate Judge Nolan |
| COMMUNITY COLLEGE DISTRICT NO. 508, ) | |
| a/k/a CITY COLLEGES OF CHICAGO; *et al.* ) | |
| ) | |
|     Defendants. ) | |

**NOTICE OF MOTION**

TO:   See attached Service List

    PLEASE TAKE NOTICE that on Tuesday, July 8, 2008, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before Judge Joan Humphrey Lefkow in the courtroom usually occupied by her in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present **Plaintiff's Agreed Motion for Extension of Time to Complete Discovery**, a copy of which is hereby served upon you.

                            Respectfully submitted,

                            /s/ Antoinette Choate
                            One of the attorneys for Plaintiff Ramona Shaw

Fern N. Trevino
Alenna K. Bolin
Antoinette Choate
Law Offices of Fern Trevino
211 West Wacker Drive, Suite 1650
Chicago, Illinois 60606
Tel: (312) 630-4491
Fax: (312) 630-9281

## CERTIFICATE OF SERVICE

I certify that on July 1, 2008, a copy of the foregoing was served on the following persons by electronic transmission via the Case Management/Electronic Case Filing System of the U.S. District Court for the Northern District of Illinois, or as otherwise indicated:

Brian D. McCarthy
Maria M. Troxclair
Franczek Sullivan P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606

<u>s/ Antoinette Choate</u>