# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ramona Shaw

                        Plaintiff,

v.                                     Case No.: 1:07−cv−06257

                                     Honorable Joan H. Lefkow

Board of Trustees, Illinois Community College District No. 508, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's agreed motion for extension of time to 10/29/2008 to complete non−expert discovery [21] is granted. Dispositive motion deadline is extended to 12/29/2008. Status hearing reset to 9/4/2008 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.