# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:  07 C 6257 |
| RAMONA SHAW, Plaintiff | Judge Joan M. Lefkow<br>Magistrate Judge Nolan |

V.

BOARD OF TRUSTEES, ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 508, et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

BOARD OF TRUSTEES, ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 508, et al., Defendants

| | |
|---|---|
| NAME (Type or print) <br> William R. Pokorny | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>        s/William R. Pokorny | |
| FIRM         FRANCZEK SULLIVAN P.C. | |
| 300 South Wacker Drive, Suite 3400 | |
| CITY/STATE/ZIP        Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **06275705** | TELEPHONE  NUMBER        312/986-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                      APPOINTED COUNSEL | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that he caused a copy of the foregoing **DEFENDANT'S APPEARANCE** has been filed with the Clerk of the Court using the CM/ECF system, and therefore automatically served on all counsel who have appeared herein, this 15th day of July, 2008.

> Fern N. Trevino
> Alenna K. Bolin
> Antoinette Choate
> Law Offices of Fern Trevino
> 211 West Wacker Drive, Suite 1650
> Chicago, IL  60606


> /s/ William R. Pokorny
> William R. Pokorny – **06275705**
> wrp @franczek.com
> FRANCZEK SULLIVAN P.C.
> 300 South Wacker Drive, Suite 3400
> Chicago, IL 60606-6783
> (312) 986-0300