# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAMONA SHAW,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>BOARD OF TRUSTEES, ILLINOIS  )<br>COMMUNITY COLLEGE DISTRICT  )<br>NO. 508, a/k/a CITY COLLEGES OF  )<br>CHICAGO; XIOMARA CORTES  )<br>METCALFE; and WAYNE WATSON,  )<br>  )<br>    Defendants.  )  | Case No. 07 C 6257<br><br>Judge Joan H. Lefkow<br>Magistrate Judge Nolan |

## DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

Notice is hereby provided, in accordance with Local Rule 83.17, that James C. Franczek, Jr. and William R. Pokorny of Franczek Sullivan, P.C., will be acting as counsel of record on behalf of Defendants City Colleges of Chicago, Dr. Wayne Watson, and Xiomara Cortes-Metcalfe (collectively "Defendants"), in substitution for and in lieu of Brian D. McCarthy, also of Franczek Sullivan, P.C., who previously appeared on behalf of Defendants in this matter and whose appearance as counsel in this matter is hereby withdrawn. Mr. Franczek is admitted to this Court's general and trial bar, Mr. Pokorny is admitted to this Court's general bar, and both are in good standing. The appearances of Mr. Franczek and Mr. Pokorny are being filed concurrently with this Notice.

**Dated:** July 15, 2008

381183.1

Respectfully submitted,

**CITY COLLEGES OF CHICAGO, DR. WAYNE WATSON, AND XIOMARA CORTES-METCALFE**

By: <u>s/ William R. Pokorny</u>
     William R. Pokorny - 06275705

James C. Franczek, Jr.
William R. Pokorny
Maria M. Troxclair
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL  60606
(312) 986-0300

2

381183.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that he caused a copy of the foregoing **DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM** has been filed with the Clerk of the Court using the CM/ECF system, and therefore automatically served on all counsel who have appeared herein, this 15th day of July, 2008.

> Fern N. Trevino
> Alenna K. Bolin
> Antoinette Choate
> Law Offices of Fern Trevino
> 211 West Wacker Drive, Suite 1650
> Chicago, IL  60606

> /s/ William R. Pokorny
> William R. Pokorny - 06275705
> wrp@franczek.com
> FRANCZEK SULLIVAN P.C.
> 300 South Wacker Drive, Suite 3400
> Chicago, IL  60606-6783
> (312) 986-0300

381183.1