# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

RAMONA SHAW, Plaintiff

V.

BOARD OF TRUSTEES, ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 508, et al., Defendants

Case Number: 07 CV 6257

Judge Joan M. Lefkow
Magistrate Judge Nolan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

BOARD OF TRUSTEES, ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 508, et al., Defendants

FILED
JUL 1 5 2008
July 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME (Type or print)
James C. Franczek, Jr.

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
/s/ James C. Franczek, Jr.

FIRM
FRANCZEK SULLIVAN P.C.

300 South Wacker Drive, Suite 3400

CITY/STATE/ZIP     Chicago, IL 60606

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 00860662

TELEPHONE NUMBER    312/986-0300

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                APPOINTED COUNSEL

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby states that he caused a copy of the foregoing **DEFENDANT'S APPEARANCE** to be filed with the Clerk of the Court and upon the individuals below via U.S. Mail, postage prepaid, this 15th day of July, 2008.

        Fern N. Trevino
        Alenna K. Bolin
        Antoinette Choate
        Law Offices of Fern Trevino
        211 West Wacker Drive, Suite 1650
        Chicago, IL  60606

        _____
        James C. Franczek, Jr. - 00860662
        jcf@franczek.com
        FRANCZEK SULLIVAN P.C.
        300 South Wacker Drive, Suite 3400
        Chicago, Illinois  60606-6783
        (312) 986-0300