## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6257 | **DATE** | 7/18/2008 |
| **CASE TITLE** | Shaw vs. Board of Trustees, Illinois Community College District No. 508, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to Defendant's Notice of Substitution of Counsel Within Same Firm [25], James Franczek, Jr. and William R. Pokorney are given leave to file their appearances and Brian D. McCarthy is withdrawn and terminated as attorney for defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|